Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq.  (State Bar No. 286879)
Caitlin J. Scott, Esq. (State Bar No. 310619)
Tristan P. Jankowski, Esq. (State Bar No. 290301)
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff GUILLERMO ROBLES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUILLERMO ROBLES,<br><br>                    Plaintiff,<br><br>      v.<br><br>DUNKIN BRANDS, INC., a Delaware corporation,<br><br>                    Defendant. | Case No.: 2:17-cv-01086-GW-MRW<br><br>Hon. George H. Wu<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: February 10, 2017<br>Trial Date: None Set |

NOTICE OF SETTLEMENT

1

Please take notice that Plaintiff, GUILLERMO ROBLES and Defendant, DUNKIN BRANDS, INC., (the "Parties") by and through their counsel of record, have reached a settlement and are presently drafting, finalizing, and executing the formal settlement documents. The Parties respectfully request that all pending deadlines be vacated. The appropriate motions and/or stipulation of dismissal will be promptly filed upon execution of a final settlement agreement.

### CERTIFICATE OF SERVICE

I certify that on May 5, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: May 5, 2017                                **MANNING LAW, APC**

By:   */s/ Michael J. Manning, Esq.*
      Michael J. Manning, Esq.
      Joseph R. Manning, Jr., Esq.
      Caitlin J. Scott, Esq.
    Tristan P. Jankowski

      Attorneys for Plaintiff,
      GUILLERMO ROBLES