JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO ROBLES, | Case No. CV 17-1086-GW(MRWx) |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| DUNKIN BRANDS, INC., | |
| Defendant. | |

Based upon the Notice of Dismissal filed on May 10, 2017, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

IT IS SO ORDERED.

Dated: May 11, 2017

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE